**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PETER SOROKAPUT,

Plaintiff,

v.

SCHUYKILL COUNTY PRISON, *et al.*,

Defendants.

No. 4:26-CV-01039

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 29th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Within **21 days** of the date of this Order, Plaintiff shall SHOW CAUSE as to why his complaint should not be dismissed as barred by the statute of limitations.

2. Failure to timely respond will result in the Court dismissing Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge