**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PETER SOROKAPUT,

Plaintiff,

v.

SCHUYLKILL COUNTY PRISON, *et al.*,

Defendants.

No. 4:26-CV-01039

(Chief Judge Brann)

# ORDER

**AND NOW**, this 16th day of October 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's motions (Docs. 3, 11) for appointment of counsel are **DISMISSED** as moot in light of paragraph 1 above.[1]

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] The motions for appointment counsel, if considered on the merits, would be denied, as Plaintiff's Section 1983 complaint does not have "arguable merit in fact and law," a threshold requirement for appointment of counsel. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993).